| | |
|---|---|
| JONATHAN JONG-LA VUE, | Case No. 1:20-cv-01302-SAB |
| Plaintiff, | ORDER DISCHARGING JULY 20, 2021 ORDER TO SHOW CAUSE AND GRANTING STIPULATED EXTENSION NUNC PRO TUNC TO FILE OPPOSITION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF Nos. 19, 20, 21) |
| Defendant. | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On July 20, 2021, an order to show cause issued requiring Defendant to show cause why Plaintiff's opening brief should be deemed unopposed due to a late filed opposition brief. (ECF No. 27.) On July 20, 2021, a response to the order to show cause was filed. (ECF No. 28.) The parties also filed a stipulation to extend the time for Defendant to file an opposition brief nun pro tunc. (ECF Nos. 20, 21.) Upon review of the response and the parties' stipulation, the July 20, 2021 order to show cause shall be discharged

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The July 20, 2021 order to show cause (ECF NO. 19) is HEREBY DISCHARGED; and

2. The stipulated request to extend the time to file Defendant's opposition nunc pro tunc is GRANTED and the opposition is deemed timely filed.

IT IS SO ORDERED.

Dated:   **July 21, 2021**

UNITED STATES MAGISTRATE JUDGE